

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Deborah L. Mbabazi<br>*Special Assistant Corporation Counsel*<br>(212) 356-2404<br>(212) 788-9776 (fax)<br>dmbabazi@law.nyc.gov |

October 29, 2013

**VIA ECF**
Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  George Pringle v. City of New York, et al., 12 CV 521 (WFK)(RML)

Your Honor:

        As counsel for defendant in the above-referenced action, I write to inform the Court that the parties have reached a settlement. In connection therewith, I enclose a fully-executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL to be so ordered by Your Honor. We respectfully request that Your Honor endorse the enclosed STIPULATION.

        We thank the Court for its time and attention to this request.

        Respectfully submitted,

        /s/
        Deborah L. Mbabazi
        Special Assistant Corporation
        Counsel
        Special Federal Litigation Division

Encl.

cc:    Honorable Robert M. Levy  (Via ECF)

cc:    Jason Leventhal, Esq.  (Via ECF)
        Leventhal & Klein, LLP
        *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

George Pringle,

                                     Plaintiff,

-against-

CITY OF NEW YORK, JONMICHAEL RAGGI,
Individually, IGNAZIO CONCA, Individually,
JOHN FAHIM, Individually, JOSEPH PERROTTO,
Individually, and JOHN and JANE DOE 1 through
10, individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true
names are presently unknown),

                                    Defendants.
------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 521 (WFK)(RML)

        **WHEREAS,** the parties have reached a settlement agreement on October 11, 2013, and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice as against all parties; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Jason Leventhal, Esq.<br>*Attorney for Plaintiff*<br>Leventhal & Klein, LLP<br>45 Main Street, Suite 230<br>Brooklyn, NY 11201 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>*Jonmichael Raggi, Ignazio Conca, John*<br>*Fahim and Joseph Perrotto*<br>100 Church Street<br>New York, New York 10007 |

_____

Jason Leventhal, Esq.
*Attorney for Plaintiff*

_____

Deborah L. Mbabazi
*Special Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
      _____, 2013

_____

HON. WILLIAM F. KUNTZ, II.
UNITED STATES DISTRICT JUDGE

2